UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DONALD M. TAYLOR,

        Petitioner,

v.

                                             Case No. 4:25-cv-10404
                                             Honorable F. Kay Behm

ADAM DOUGLAS,

        Respondent.
_____/

## JUDGMENT

**IT IS ORDERED AND ADJUDGED** that pursuant to this Court's Order

dated March 31, 2026, this cause of action is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**.

Dated:  March 31, 2026                 s/F. Kay Behm
                                            F. Kay Behm
                                            United States District Judge